# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Randy Lee Bridger JR

Plaintiff

V.

HARLEY LAPPIN, B.O.P. DIRECTOR
HAROLD WATTS, ADMINISTRATIVE
REMEDY CLERK

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07 1777

I, Randy Lee Bridger, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  USP Victorville

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)  NOT Avaible.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments      ☐ Yes   ☑ No → void
   e. Gifts or inheritances                            ☑ Yes   ☐ No
   f. Any other sources                                ☐ Yes   ☑ No

RECEIVED
SEP 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. _See Att._

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   _N/A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   _See Att._

declare under penalty of perjury that the above information is true and correct.

_9-12-07_   _Randy Bridge_
Date       Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach 1e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Randy Bridges__,
(NAME OF INMATE)

__16038-076__,
(INMATE'S CDC NUMBER)

has the sum of $ __267.52__ on account to his/her credit at __USP Victorville, CA__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __None__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __267.52__,

and the *average monthly deposits* to the applicant's account was $ __73.17__.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__8/30/07__
DATE

**AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)**

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_[signature]_
OFFICER'S FULL NAME (PRINTED)

__S. Merlak, Unit Manager__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                               ::ODMA\PCDOCS\WORDPERFECT\22835\1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:  RANDY LEE BRIDGES  v. HARLEY LAPPIN AND HAROLD WATTS

Civil Action No. _____

    I, Randy L. Bridges Jr # 16038-076 , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

9-12-07

n:\forms\Trust Account Form

# Inmate Statement

| | |  | |
|---|---|---|---|
| Inmate Reg #: | 16038076 | Current Institution: | Victorville FCI |
| Inmate Name: | BRIDGES, RANDY | Housing Unit: | VIP-Z-P |
| Report Date: | 08/30/2007 | Living Quarters: | Z01-221UAD |
| Report Time: | 4:35:14 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 8/29/2007 2:25:49 PM | | 3056 | | Gift | ($50.00) | | $267.52 |
| VIM | 8/28/2007 3:24:08 PM | 98 | | | Sales | ($16.30) | | $317.52 |
| VIM | 8/22/2007 6:42:06 PM | 43 | | | Sales | $1.60 | | $333.82 |
| VIM | 8/21/2007 3:27:04 PM | 50 | | | Sales | ($22.55) | | $332.22 |
| VIM | 8/16/2007 5:01:39 AM | 70189501 | | | Lockbox - CD | $25.00 | | $354.77 |
| VIM | 8/15/2007 1:02:36 PM | 21 | | | Sales | ($22.95) | | $329.77 |
| VIM | 8/11/2007 5:14:44 AM | 70189201 | | | Lockbox - CD | $40.00 | | $352.72 |
| VIM | 8/8/2007 1:26:35 PM | 66 | | | Sales | ($16.65) | | $312.72 |
| VIM | 7/31/2007 3:21:01 PM | 30 | | | Sales | ($25.90) | | $329.37 |
| VIM | 7/31/2007 5:02:41 AM | 70188301 | | | Lockbox - CD | $25.00 | | $355.27 |
| VIM | 7/24/2007 5:13:36 AM | 70187801 | | | Lockbox - CD | $25.00 | | $330.27 |
| VIM | 7/20/2007 5:13:11 AM | 70187601 | | | Lockbox - CD | $25.00 | | $305.27 |
| VIM | 7/17/2007 2:18:16 PM | 48 | | | Sales | ($29.80) | | $280.27 |
| VIM | 7/7/2007 5:05:06 AM | 70186701 | | | Lockbox - CD | $25.00 | | $310.07 |
| VIM | 7/5/2007 4:02:16 PM | 1 | | | Sales | ($27.40) | | $285.07 |
| VIM | 6/26/2007 5:17:10 PM | 14 | | | Sales | ($77.30) | | $312.47 |
| VIM | 6/26/2007 5:06:33 AM | 70185901 | | | Lockbox - CD | $25.00 | | $389.77 |
| VIM | 6/19/2007 6:04:20 PM | 102 | | | Sales | ($24.15) | | $364.77 |
| VIM | 6/19/2007 5:11:22 AM | 70185401 | | | Lockbox - CD | $74.00 | | $388.92 |
| VIM | 6/14/2007 2:55:23 PM | 11 | | | Sales | ($40.40) | | $314.92 |
| VIM | 6/12/2007 5:10:28 AM | 70184901 | | | Lockbox - CD | $25.00 | | $355.32 |
| VIM | 6/11/2007 5:06:16 AM | 70184803 | | | Lockbox - CD | $30.00 | | $330.32 |
| VIM | 6/9/2007 12:27:57 PM | TX060907 | | | Transfer - In from TRUFACS | $300.32 | | $300.32 |

1

Total Transactions: 23

Totals:   $267.52   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $267.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $267.52 |
| Totals: | $267.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $267.52 |