FILED
OCT 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDY LEE BRIDGES, JR,
          Plaintiff

vs

HARLEY LAPPIN, B.O.P.
DIRECTOR; and HAROLD
WATTS, ADMINISTRATIVE
REMEDY CLERK;
          Defendant(s),

Case: 1:07-cv-01777
Assigned To : Unassigned
Assign. Date : 10/3/2007
Description: PRO SE GEN. CIVIL

## MOTION FOR AN EVIDENTIARY HEARING AND A TEMPORARY RESTRAING ORDER

NOW COMES, Plaintiff Randy Lee Bridges, in pro se, whom hereby moves this court in the above style caption action: Motion For An Evidentiary Hearing And A Temporary Restraing Order.

Plaintiff has not sought the currence with defendant(s) counselor, because he is a prisoner proceeding pro se. A brief will be filed in accordance with the Local rules of this court.

Respectfully submitted,
Pro se  Randy R. Bridges
        Randy Lee Bridges

RECEIVED
SEP 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Randy L. Bridges, hereby certify that Motion For An Evidentiary Hearing And A Temporary Restraining Order has been mailed, via first class, postage prepaid to: U.S. District Court For The District of Columbia 333 Constitutional Ave, N.W., Washington, DC 20001, this 12th day of September 2007.

Respectfully submitted,
pro se Randy Bridges
Randy L. Bridges
16038-070
USP Victorville
P.O. Box 5500
Adelanto, Ca 92301