UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDY LEE BRIDGES JR.,
    Plaintiff

vs.

HARLEY LAPPIN and
HAROLD WATTS;
    Defendant(s)

Case: 1:07-cv-01777
Assigned To : Unassigned
Assign. Date : 10/3/2007
Description: PRO SE GEN. CIVIL

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR AN EVIDENTIARY HEARING AND A TEMPORARY RESTRAINING ORDER

Now come Plaintiff in pro se, whom respectfully moves this court in the above style caption action, Plaintiffs Brief In support of motion For An Evidentiary Hearing And A Temporary Restraining Order as follows:

### INTRODUCTION

1) Petitioner/Plaintiff filed a Civil Rights complaint with this court, on or about September 12, 2007, accompanied by an IFP 28 USCS 1915 attached therein on said date as well.

2) Plaintiff's life is in imminent danger at his place of confinement (see complaint), due to defendant(s) purposely placing him around his separatees

1

4

again, in hopes to have him serious harmed and/or murdered by them. Therefore, Plaintiff request to be immediately transferred to a federal Detention Center, with all his documentation (Legal), and to conduct an evidentiary hearing before this, concerning his safety within the B.O.P.

3) Defendants wouldn't be prejudice if this court intervened, and conducted this hearing and transferred Plaintiff to another institutional setting, until said civil rights complaint has been adjudicated effectively. Also see Attached Psychological Assessment for single cell and recreation status.

AND NOW, this ___ day of _____ 200_. IT IS HEREBY ORDERED THAT Plaintiffs Brief In Support of Motion For An Evidentiary Hearing And A Temporary Restraining Order is Granted.

Respectfully submitted,
Pro se  *Randy Bridges*
Randy L. Bridges

Executed: 9-12-07

PSYCHOLOGICAL ASSESSMENT

NAME: Randy Lee Bridges Jr.
Reg No. 16038-076
Inst.: USP Victorville

Diagnosis: Axis: Anti-Social Features; Borderline Personality Disorder; Depression Disorder; Bipolar Features

Axis: Seizure Disorder; Cardiovascular Protocols; Gastea Disorder

The findings of this Psychological Assessment are:

MENTAL STATUS: Current mental status, emotional expression, and behavior does suggest significant mental health concern.

ADJUSTMENT: Based on available information, current adjustment to the Special Housing Unit appears to be deteriorating.

THREAT TO SELF: Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of this assessment, the current risk of

1

PSYCHOLOGICAL ASSESSMENT (cont...)

self-harm is judged to be low.

THREAT TO OTHERS: Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on this patients history, existing conditions, and other information available at the time of the assessment being written, <u>the current potential for harm to others is judged to be EXTREMELY HIGH</u>.

COMMENTS: Patient is under duress and fears for his life while at USP Victorville, and trust no inmates living around him, and has no choice but to fight any inmate if their placed around him in SHU. He has a hit on his life by gang members and officials cannot assure his safety will be met here.

Respectfully submitted,
Pro se  *Randy Bridges*
Randy Bridges
16038-076

Executed: 9-5-07

2

## CERTIFICATE OF SERVICE

I, Randy L. Bridges Jr., hereby certify that Plaintiffs Brief In Support of Motion For An Evidentiary Hearing And A Temporary Restraining Order, has been mailed, via first class postage paid to: US District Court Dist. of Columbia 333 Constitution Ave, N.W. Washington, DC 20001, this 12th day of September 2007.

Respectfully submitted,

Pro se _Randy Bridges_

Randy L. Bridges
16038-076
USP Victorville
P.O. Box 5500
Adelanto, CA 92301