UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Randy Lee Bridges, Jr., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07 1777 |
| Harley Lappin *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM AND TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* motion for an evidentiary hearing and temporary restraining order ("TRO motion"), which is accompanied by his complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Victorville United States Penitentiary in Adelanto, California, where he alleges that defendants are "purposely placing him around his separatees again in hopes to have him serious[ly] harmed and/or murdered by them." Pl.'s Brief in Support of Motion for an Evidentiary Hearing and A Temporary Restraining Order at 1-2. He seeks an immediate transfer "to a federal detention center." *Id* at 2. The events forming the basis of the TRO motion and the complaint are unconnected to this venue, and this Court lacks personal jurisdiction over petitioner's warden. Accepting plaintiff's belief that he is in imminent danger, it is unclear why he chose this venue over the federal district court in California. In the interests of justice and judicial economy, the Court will transfer the case immediately. Accordingly, it is this 3rd day of October 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED FORTHWITH to the United States District Court for the Central District of California. The

Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

／s／ _____
United States District Judge